No. 700, Misc. SHANNON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 701, Misc. PELIO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se.* *Benj. J. Jacobson* for respondent.

No. 702, Misc. UNITED STATES EX REL. ALLEN *v.* MURPHY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 704, Misc. GILLIAM *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 705, Misc. MOORELAND *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 711, Misc. JONES *v.* COMMISSIONERS OF THE DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 712, Misc. LEWIS *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 713, Misc. GRANT *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 714, Misc. MORGAN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 727, Misc. UNITED STATES EX REL. FARROW *v.* BANMILLER, WARDEN. C. A. 3d Cir. Certiorari denied.